# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Judge John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Judge D. Lowell Jensen**<br>United States District Court<br>Northern District of California | **Judge Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |
| | **Judge J. Frederick Motz**<br>United States District Court<br>District of Maryland | **Judge David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | |
| | **Judge Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **Judge Anthony J. Scirica**<br>United States Court of Appeals<br>Third Circuit | |

June 13, 2008

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Re: MDL No. 1949 -- IN RE: Rosuvastatin Calcium Patent Litigation

Dear Mr. Dalleo:

Attached as a separate document is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the your MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders

regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Attorney Service List and a listing of the transferor court clerks with respect to this order.

> Very truly,
>
> Jeffery N. Lüthi
> Clerk of the Panel
>
> By _/s/ April C. Layne_
> April C. Layne
> Docket Specialist

Attachments (Transfer Order is a Separate Document)

cc:   Transferee Judge: Judge Joseph J. Farnan, Jr.
      Chief Judge Transferee District: Judge Gregory M. Sleet

JPML Form 33

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
# for
# MDL 1949 - IN RE: Rosuvastatin Calcium Patent Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  \* Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 1949 - Rosuvastatin Calcium PAT
   For Open Cases

Docket: 1949 - IN RE: Rosuvastatin Calcium Patent Litigation
Status: Transferred on 06/13/2008
Transferee District: DE    Judge: Farnan, Jr., Joseph J.     Printed on 06/13/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Breisblatt, Robert B.<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe<br>Chicago, IL 60661-3693 | =>**Phone: (312) 902-5480  Fax: (312) 902-1061  Email: robert.breisblatt@kattenlaw.com**<br>Apotex Corp.*; Apotex, Inc.* |
| Di Lello, Edward V.<br>COHEN PONTANI LIEBERMAN & PAVANE LLP<br>551 Fifth Avenue<br>Suite 1210<br>New York, NY 10176 | =>**Phone: (212) 687-2770  Fax: (212) 972-5487  Email: edilello@cplplaw.com**<br>Sandoz, Inc.* |
| Drobney, Dane A.<br>WINSTON & STRAWN LLP<br>35 West Wacker Street<br>Chicago, IL 60601 | =>**Phone: (312) 558-7332  Fax: (312) 558-5700  Email: ddrobney@winston.com**<br>Sun Pharmaceutical Industries, Ltd.* |
| Faulkner, York M.<br>FINNEGAN HENDERSON FARABOW ET AL<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413 | =>**Phone: (571) 203-2775  Fax: (202) 408-4400  Email: york.faulkner@finnegan.com**<br>AstraZeneca Pharmaceuticals, LP*; AstraZeneca UK, Ltd.*; IPR Pharmaceuticals, Inc.*; Shionogi Seiyaku Kabushiki Kaisha* |
| Haug, Edgar H.<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | =>**Phone: (212) 588-0800  Fax: (212) 588-0500  Email: EHaug@flhlaw.com**<br>PAR Pharmaceutical, Inc.* |
| Maddox, Steven A.<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Washington Harbour, Suite 500<br>Washington, DC 20007-5109 | =>**Phone: (202) 672-5300  Fax: (202) 672-5399  Email: smaddox@foley.com**<br>Cobalt Laboratories, Inc.; Cobalt Pharmaceuticals, Inc. |
| Pardon, Edward J.<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>P.O. Box 1806<br>Madison, WI 53701-1806 | =>**Phone: (608) 257-3501  Fax: (608) 283-2275  Email: cjpardon@michaelbest.com**<br>Aurobindo Pharma Ltd.*; Aurobindo Pharma USA, Inc.* |
| Rakoczy, William A.<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610 | =>**Phone: (312) 222-6301  Fax: (312) 222-6321  Email: wrakoczy@rmmslegal.com**<br>Mylan Pharmaceuticals, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

IN RE: ROSUVASTATIN CALCIUM
PATENT LITIGATION                                          MDL No. 1949

## INVOLVED CLERKS LIST

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800
**Flmd-MDL Litigition/FLMD/11/USCOURTS**

William T. Walsh, Clerk
2020 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
**NJDdb_MDLClerk/njd/03/USCOURTS**