# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: Rosuvastatin Calcium Patent Litigation | ) ) ) | C.A. No. 08-md-1949-JJF |

## DEFENDANTS' MOTION TO EXCLUDE
## THE EXPERT TESTIMONY OF MAMI HINO

Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., on behalf of Defendants Mylan Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Ltd., Sandoz, Inc., Par Pharmaceutical, Inc., Apotex Inc. and Apotex Corp., Aurobindo Pharma Ltd. and Aurobindo Pharma, USA Inc., Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., and Teva Pharmaceuticals USA, Inc. (collectively, "Defendants"), respectfully move this Court to exclude the expert testimony of Mami Hino pursuant to *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and Fed. R. Evid. 702.

Pursuant to Local Rule 7.1.1, the parties met and conferred regarding Defendants' Motion, but were unable to resolve their differences.

This Motion is based on the accompanying Memorandum of Points and Authorities and the Declaration of Payson LeMeilleur, filed concurrently herewith. In addition, a proposed Order is attached hereto. Pursuant to Local Rule 7.1.4, oral argument is hereby requested.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William R. Zimmerman<br>Steven A. Maddox<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1776 Eye Street NW, Suite 650<br>Washington, D.C. 20006<br>Tel: (202) 640-6400 | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    D. Fon Muttamara-Walker (#4646)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street |
| Payson LeMeilleur<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Tel: (949) 760-0404 |     Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    fmuttamara-walker@potteranderson.com |
| Dated: September 23, 2009<br>901386 / 32546 | *Attorneys for Defendants*<br>*Cobalt Pharmaceuticals, Inc. and*<br>*Cobalt Laboratories Inc.*<br><br>*FILED ON BEHALF OF ALL DEFENDANTS* |

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 23, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 23, 2009, the attached document was Electronically Mailed to the following person(s):

Mary W. Bourke
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., Shionogi Seiyaku*
*Kabushiki Kaisha*

Ford F. Farabow
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

Charlie E. Lipsey
York M. Faulkner
Kenneth M. Frankel
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com
kenneth.frankel@finnegan.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

Andrew T. Berry
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
aberry@mccarter.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

Robert B. Breisblatt
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
robert.breisblatt@kattenlaw.com
jeremy.daniel@kattenlaw.com
*Apotex Inc. and Apotex Corp.*

Arnold B. Calmann
SAIBER LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
abc@saiber.com
*Aurobindo Pharma Ltd. and Aurobindo*
*Pharma USA, Inc.*

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
mmatterer@morrisjames.com
*Mylan Pharmaceuticals Inc.*

Lara J. Tibbals
HILL WARD HENDERSON PA
101 East Kennedy Boulevard
Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231
ltibbals@hwhlaw.com
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, and*
*IPR Pharmaceuticals, Inc.*

Richard D. Kirk
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
*Aurobindo Pharma Ltd. and Aurobindo*
*Pharma USA, Inc.*

Steven A. Maddox
KNOBBE MARTENS OLSON &
  BEARS LLP
1776 Eye Street NW,
Suite 650
Washington, D.C. 20006
Steve.Maddox@kmob.com
*Cobalt Pharmaceuticals Inc., and*
*Cobalt Laboratories Inc.*

Joseph T Jaros
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street
Suite 500
Chicago, Illinois, 60654
jjaros@rmmslegal.com
*Mylan Pharmaceuticals Inc.*

Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
fineman@rlf.com
*Par Pharmaceutical Inc.*

John M. Seaman
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Greenville, DE 19807
seaman@abramslaster.com
*Sun Pharmaceutical Industries Ltd.*

Dan Folt
Matt Neiderman
Duane Morris LLP
Suite 1200
1100 North Market Street
Wilmington, DE 19801-1246
DFolt@duanemorris.com
MNeiderman@duanemorris.com
*Sandoz Inc.*

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

882787/32588