IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: Rosuvastatin Calcium Patent Litigation | ) | C.A. No. 08-md-1949-JJF |
| | ) | |

**ORDER**

Having considered Defendants' Motion to Exclude the Expert Testimony of Mami Hino, Memorandum in Support of Defendants' Motion to Exclude the Expert Testimony of Mami Hino, the Opposition and Reply thereto, the Exhibits and Appendices submitted by the parties and all other materials presented to the Court, and any arguments of Counsel, and for good cause showing,

IT IS HEREBY ORDERED this _____ day of _____, 2009 that the Defendants' Motion to Exclude the Expert Testimony of Mami Hino is GRANTED and the expert testimony of Mami Hino is hereby EXCLUDED.

_____
United States Magistrate Judge