## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Rosuvastatin Calcium Patent Litigation | MDL No. 08-1949-JJF |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>Defendant. | Civ. Action No. 07-805-JJF |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>Defendant. | Civ. Action No. 07-806-JJF |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sandoz, Inc.,<br><br>Defendant. | Civ. Action No. 07-807-JJF |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Par Pharmaceutical, Inc.,<br><br>　　Defendant. | Civ. Action No. 07-808-JJF |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Apotex Corp.,<br><br>　　Defendant. | Civ. Action No. 07-809-JJF |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>　　Defendants. | Civ. Action No. 07-810-JJF |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, <br><br> Plaintiffs, <br><br> v. <br><br> Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., <br><br> Defendants. | Civ. Action No. 07-811-JJF |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, <br><br> Plaintiffs, <br><br> v. <br><br> Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc., <br><br> Defendants. | Civ. Action No. 08-359-JJF |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, <br><br> Plaintiffs, <br><br> v. <br><br> Teva Pharmaceuticals USA, Inc., <br><br> Defendant. | Civ. Action No. 08-426-JJF |

## FINAL JUDGMENT ORDER

This action having come to trial before the Court, Honorable Joseph J. Farnan, Jr., District Judge presiding; the issues having been heard and a decision having been rendered:

**IT IS ORDERED AND ADJUDGED** this 13 day of July, 2010, for the reasons set forth in the Court's Memorandum Opinion dated June 29, 2010, that Judgment shall

be entered in favor of Plaintiffs IPR Pharmaceuticals, Inc., AstraZeneca UK Limited, and Shionogi Seiyaku Kabushiki Kaisha (collectively, "Plaintiffs") and against Defendant Mylan Pharmaceuticals Inc. ("Mylan"), Defendant Sun Pharmaceutical Industries, Ltd. ("Sun"), Defendant Sandoz, Inc. ("Sandoz"), Defendant Par Pharmaceutical, Inc. ("Par"), Defendant Apotex Corp. ("Apotex"), Defendant Aurobindo Pharma Ltd. ("Aurobindo"), Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc. (collectively, "Cobalt"), and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") on Plaintiffs' claims that Defendants have infringed claims 6 and 8 of United States Patent No. RE37,314 (the "'314 patent"); and it is further,

**ORDERED AND ADJUDGED** that Judgment shall be entered in favor of Plaintiffs and against Defendants on all counterclaims alleging noninfringement, invalidity, or unenforceability of the '314 patent; and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-161, filed by or on behalf of Mylan, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-169, filed by or on behalf of Sun, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-171, filed by or on behalf of Sandoz, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-168, filed by or on behalf of Par, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-145, filed by or on behalf of Apotex, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-170, filed by or on behalf of Aurobindo, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-167, filed by or on behalf of Cobalt, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with

attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Abbreviated New Drug Application No. 79-166, filed by or on behalf of Teva, shall be a date which is not earlier than the date of expiration of the '314 patent (January 8, 2016, with attached six months of pediatric exclusivity ending on July 8, 2016, to which Plaintiffs are entitled); and it is further,

**ORDERED** that pursuant to D. Del. LR 54.1, costs shall be awarded to Plaintiffs.

_____
United States District Judge

790101